Jeremy Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front St., Ste. 201
Temecula, CA 92590
Tel. (866) 329-9217 ext. 1009
Fax: (714) 362-0097
Email: jeremyb@jlohman.com
*Attorneys for Plaintiff, Doreen Barker*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREEN BARKER,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>    Defendant. | Case No: 8:21-cv-01052-DOC(JDE)<br><br>NOTICE OF SETTLEMENT |

**NOTICE IS HEREBY GIVEN** that Plaintiff, DOREEN BARKER, and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC, have reached a settlement in the above-captioned action. The Parties anticipate filing a Stipulation of Dismissal once settlement documents are finalized and executed and, therefore, respectfully requests forty-five (45) days to complete settlement documents and notify this honorable Court of dismissal.

Dated: August 31, 2021        By: */s/ Jeremy E. Branch*
                               Jeremy E. Branch, Bar No. 303240
                               *Attorney for Plaintiff, Doreen Barker*

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2021, I electronically filed the foregoing NOTICE OF SETTLEMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 31, 2021.

By: */s/ Jeremy E. Branch*
Jeremy E. Branch, Bar No. 303240