Jeremy Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front St., Ste. 201
Temecula, CA 92590
Tel. (866) 329-9217 ext. 1009
Fax: (714) 362-0097
Email: jeremyb@jlohman.com
*Attorneys for Plaintiff, Doreen Barker*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREEN BARKER,<br><br>　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>　　　Defendant. | Case No. 8:21-cv-01052-DOC (JDE)<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION OF DISMISSAL |

Plaintiff Doreen Barker ("Plaintiff") and Defendant Experian Information Solutions, Inc., ("Defendant") having filed a Joint Stipulation of Dismissal With Prejudice, and after considering said stipulation,

It is HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

OCT 13, 2021
_____
Date

_/s/ David O. Carter_
_____
David O. Carter
United States District Judge